NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**INNEOS LLC,**
*Appellant*

**v.**

**OPTICIS CO., LTD.,**
*Appellee*

————————————

2025-1487

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01256.

————————————

**JUDGMENT**

————————————

CHRISTIAN E. MAMMEN, Womble Bond Dickinson (US) LLP, San Francisco, CA, argued for appellant. Also represented by JULIE GIARDINA, BARRY J. HERMAN, Baltimore, MD.

MICHAEL JONES, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for appellee. Also represented by MARTIN MOSS ZOLTICK.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2026
Date

Jarrett B. Perlow
Clerk of Court